# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUETTE A. SHELTON, | Case No. CV 11-7566 RGK (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| M.D. BITER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: January 14, 2014

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE